```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KYLE F. REARDON
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )
                                 )
12          Plaintiff,           )   2:11-MJ-365 GGH
                                 )
13      v.                       )   APPLICATION FOR UNSEALING
                                 )   COMPLAINT
14  TIMOTHY GEVOCK,              )
                                 )
15          Defendant.           )
    _____)
16
17      On November 23, 2011, the complaint was filed in the above-
18  referenced case.  Since the defendant has now been arrested, it is
19  no longer necessary for the complaint to be sealed.  The government
20  respectfully requests that the complaint be unsealed.
21  DATED: December 1, 2011            Respectfully submitted,
22                                     BENJAMIN B. WAGNER
                                       United States Attorney
23
24                                 By:/s/ Kyle F. Reardon
                                      KYLE F. REARDON
25                                    Assistant U.S. Attorney
26
27
28
```

1  BENJAMIN B. WAGNER
   United States Attorney
2  KYLE F. REARDON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )
                                )
12          Plaintiff,           )   2:11-MJ-365 GGH
                                )
13     v.                       )   ORDER UNSEALING
                                )   COMPLAINT
14 TIMOTHY GEVOCK,              )
                                )
15          Defendant.           )
   _____)
16

17     The government's application to unseal the complaint filed on

18 November 23, 2011, in the above-referenced case is granted.

19 SO ORDERED:

20 DATED: December 1, 2011

21                    /s/ Gregory G. Hollows
                 UNITED STATES MAGISTRATE JUDGE
22

23

24

25

26

27

28